# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143280

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GRIEVANCE ADMINISTRATOR, ATTORNEY
GRIEVANCE COMMISSION,
      Petitioner-Appellee,

v

RONALD G. KRAFT,
      Respondent-Appellant.

SC: 143280
ADB: 09-000059-GA

_____/

      On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

p1017